## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In Re:                                    Case No. 20-00973

Stephannie Jennings
                                          Chapter 13

Debtor                                    Hon. Judge Timothy A. Barnes

**AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES III TRUST AS TO PROPERTY LOCATED AT 53 EAST 163RD COURT, SOUTH HOLLAND, IL 60473**

This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust, ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property located at 53 EAST 163RD COURT, SOUTH HOLLAND, IL 60473 ("Property").

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the months of February 2020 through July 2020 in the amount of $1,603.71 each as well as fees and costs of $1,231.00. Debtor is also due for $38.97 in late fees and $548.87 for escrow chargers for a total of $11,441.10.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $3,000.00 on or before July 15, 2020
    b. $1,688.22 on or before August 15, 2020
    c. $1,688.22 on or before September 15, 2020
    d. $1,688.22 on or before October 15, 2020
    e. $1,688.22 on or before November 15, 2020
    f. $1,688.22 on or before December 15, 2020

4. These lump sum payments are in addition to the regular monthly payment in the amount of $1,603.71. The next monthly payment will be due August 1, 2020.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtor's account number and should be sent to:

SN Servicing Corporation
323 Fifth Street
P.O. Box 35
Eureka, CA 95502

6. In the event that said Debtor should fail to make any of the lump sum payments herein described on or before their specified due dates, or should the Debtor fail to pay any future monthly payment so that said payment is not received by Movant by the day upon which it is contractually due, then, or in either of those events, Movant shall give fourteen (14) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay.

DATED: July 9, 2020

ENTER

Hon. Judge Timothy A. Barnes
United States Bankruptcy Judge

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Alexander P Nohr
Alexander P Nohr
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
Phone: 312.913.0625
anohr@semradlaw.com
**(Per Authorization received on 7/8/2020)**